# UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF GEORGIA

### SAVANNAH DIVISION

FILED
U.S. DISTRICT COURT

2[ ] MAY -1 AM II: 36

CLERK
SO. DIST. OF GA.

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| | ) | |
| v. | ) | Case No. CR406-390 |
| | ) | |
| WAYNE EDWARD SPRINGFIELD, | ) | |
| AKA "MICHAEL E. SPRINGFIELD," | ) | |
| TARA ANTIONETTE JOHNSON, | ) | |
| | ) | |
| Defendants. | ) | |

## ORDER

After a careful <u>de</u> <u>novo</u> review of the record in this case, the Court concurs with the Magistrate Judge's Report and Recommendation, to which no objections have been filed. Accordingly, the Report and Recommendation of the Magistrate Judge is adopted as the opinion of the Court.

**SO ORDERED** this /*1st* day of *May*_____, 2007.

B. AVANT EDENFIELD
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF GEORGIA